# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Gulf Supplies & Commercial Services | ) ASBCA No. 59478 |
| | ) |
| Under Contract No. W91GF5-08-L-7001 | ) |

APPEARANCE FOR THE APPELLANT:    Kevin P. Connelly, Esq.
    Vedder Price P.C.
    Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
    Army Chief Trial Attorney
    CPT Jeremy D. Burkhart, JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 August 2017

*Michael T. Paul*

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59478, Appeal of Gulf Supplies & Commercial Services, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals